## Donald Ray BURTON *v.* STATE of Arkansas

669 S.W.2d 1

Supreme Court of Arkansas
Opinion delivered May 14, 1984

*James W. Haddock,* for appellant.

*Steve Clark,* Atty. Gen., by: *Theodore Holder,* Asst. Atty. Gen., for appellee.

PER CURIAM. Appellant, Donald Ray Burton, by his attorney, has filed for a rule on the clerk.

His attorney, James W. Haddock, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.